UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

CITATION/CASE NO. __4608312 / CA26__
5:15-cr-00004-JLT

U.S.A.
v.
Hannah A. Ramirez

**ORDER TO PAY**

(this area intentionally left blank)

**YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:**

(✓) **FINE** of $ __90.00__          (✓) **Penalty ASSESSMENT** of $ __10.00__

(✓) **PROCESSING Fee** of $ __25.00__     for a **TOTAL AMOUNT** of $ __125.00__ ,

paid within _____ days. **OR** payments of $ __50.00__ per month, commencing __7/1/2015__ and due on the __1st__ of each month until **PAID IN FULL - note late payments could be subject to late/delinquent charges imposed by C.V.B.**.

( ) REVIEW/Post Sentencing HEARING DATE: _____ at _____ a.m. / p.m. in Dept. _____
( ) Compliance HEARING: : _____ at _____ a.m. / p.m. in Dept. _____
( ) RESTITUTION _____
( ) COMMUNITY SERVICE _____ with fees not to exceed $ _____
to be completed by _____ with Proof mailed to the Clerk of the Court.
( ) Traffic School By: _____ with Proof mailed to _____
( ) PROBATION to be unsupervised / supervised for: _____

Payments **must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to (check one):**

| | | |
|---|---|---|
| [ ] CENTRAL VIOLATIONS BUREAU<br>PO Box 71363<br>Philadelphia, PA 19176-1363<br>1-800-827-2982 | [✓] CLERK, U.S.D.C.<br>2500 Tulare St., Rm 1501<br>Fresno, CA 93721<br>559-499-5600 | [ ] (Traffic School payments / certificates are mailed to)<br>U.S. Courts - CVB<br>PO Box 780549<br>San Antonio, TX 78278-0549<br>1-800-827-2982 |

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED: __6/9/2015__                    __/s/ Jennifer L. Thurston__
                                        U.S. MAGISTRATE JUDGE

EDCA - Rev 4/2007